Argued and submitted February 23, reversed March 16, 1981

In the Matter of Scott Miller
alleged to be a mentally ill person.

## STATE OF OREGON,
*Respondent,*

*v.*

## SCOTT MILLER,
*Appellant.*

(No. M-80-7-14, CA 18719)

624 P2d 1100

John Mayfield, Oregon Legal Services Corporation, Oregon City, argued the cause and filed the brief for appellant.

James C. Rhodes, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, John R. McCulloch, Jr., Solicitor General, and William F. Gary, Deputy Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM

## PER CURIAM

In this mental commitment proceeding, the trial court admitted, over defendant's objections, the testimony of defendant's treating physician and the investigation report prepared by that physician. The information obtained by defendant's treating physician in attending defendant is privileged. ORS 44.040(d). The privilege applies to commitment proceedings. *State v. O'Neill,* 274 Or 59, 545 P2d 97 (1976).

Accordingly, it was error to have admitted the testimony and report, and, as the state concedes, without that evidence, "there isn't much left." We agree.

Reversed.